# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED OCTOBER 17, 2019

### NO. 03-18-00255-CV

**Amparo Stiefel, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
## AFFIRMED IN PART; REVERSED AND REMANDED IN PART ON JOINT MOTION
## -- OPINION BY JUSTICE GOODWIN

This is an appeal from the order signed by the trial court on August 11, 2016. The parties have filed a joint motion to remand to the agency, and having considered the motion, the Court agrees that the motion should be granted in part. Therefore, the Court grants the motion in part, affirms the trial court's order to the extent that it determined that it lacked jurisdiction, but we reverse the order to the extent that it dismissed Amparo Stielfel's claims, and remand the case to the Department. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.